UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 31, 2013
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SCOTT DONALD GREER,

Defendant.

Case No. 2:13-cr-00355-MCE

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  SCOTT DONALD GREER ,

Case No. 2:13-cr-00355-MCE  Charge 18 § 513(a) , from custody for the following reasons:

\_\_\_\_\_   Release on Personal Recognizance

__X__   Bail Posted in the Sum of $  50,000

    __X__   Unsecured Appearance Bond $  50,000

    \_\_\_\_\_   Appearance Bond with 10% Deposit

    \_\_\_\_\_   Appearance Bond with Surety

    \_\_\_\_\_   Corporate Surety Bail Bond

    __X__   (Other): Pretrial conditions, released temporarily – to be reviewed on 11/1/2013

Issued at Sacramento, California on October 31, 2013 at  3:15 p.m.

By:  _____

Magistrate Judge Dale A. Drozd