HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
SCOTT DONALD GREER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>  Plaintiff, <br><br>  vs. <br><br> SCOTT DONALD GREER, <br><br>  Defendant. | Case No. 2:13-CR-0355 MCE <br><br> **STIPULATION AND ORDER CONTINUING STATUS AND EXCLUDING TIME** <br><br> Date:   December 5, 2013 <br> Time:   9:00 a.m. <br> Judge:  Hon. Morrison C. England |

It is hereby stipulated and agreed between defendant, Scott Donald Greer, and plaintiff, United States of America, that the status conference scheduled for December 5, 2013, may be continued to March 6, 2014, at 9:00 a.m.

Mr. Greer was arraigned on the indictment at the end of October.  Defense counsel has provided discovery to Mr. Greer but has yet to review discovery in detail. Accordingly, in order to afford the parties time to complete discovery and to afford defense counsel adequate time to investigate, the parties agree that the interests of justice to be served by a continuance outweigh the best interests of Mr. Greer and the public in a speedy trial, and ask the Court to order time under the Speedy Trial Act

excluded from the date of this stipulation and order through March 6, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

                                                Respectfully submitted,

                                                HEATHER E. WILLIAMS
Federal Defender

Dated:  December 3, 2013                /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for SCOTT DONALD GREER

                                                BENJAMIN WAGNER
United States Attorney

Dated:  December 3, 2013                /s/ T. Zindel for J. Dolan
JARED DOLAN
Assistant U.S. Attorney

**O R D E R**

The status conference is rescheduled for March 6, 2014, at 9:00 a.m.  Time under the Speedy Trial Act is excluded through that date pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) for the reasons state above, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  December 3, 2013

                                         MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT