HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
SCOTT DONALD GREER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-0355 MCE |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS AND EXCLUDING TIME** |
| vs. | |
| SCOTT DONALD GREER, | |
| Defendant. | Date:  February 20, 2014<br>Time:  9:00 a.m.<br>Judge:  Hon. Morrison C. England |

It is hereby stipulated and agreed between defendant, Scott Donald Greer, and plaintiff, United States of America, that the status conference scheduled for February 27, 2014, may be continued to April 10, 2014, at 9:00 a.m.

Defense counsel seeks additional time to review discovery with Mr. Greer, perform research and investigation, and plan a course of action.  Accordingly, in order to afford the parties time to complete discovery and to afford defense counsel adequate time to investigate and prepare, the parties agree that the interests of justice to be served by a continuance outweigh the best interests of Mr. Greer and the public in a speedy trial, and ask the Court to order time under the Speedy Trial Act excluded from

the date of this stipulation and order through April 10, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated: February 14, 2014          /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for SCOTT DONALD GREER

                                        BENJAMIN WAGNER
                                        United States Attorney

Dated: February 14, 2014          /s/ T. Zindel for J. Dolan
                                        JARED DOLAN
                                        Assistant U.S. Attorney

**ORDER**

The status conference is rescheduled for April 10, 2014, at 9:00 a.m. Time under the Speedy Trial Act is excluded through that date pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) for the reasons state above, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: February 25, 2014

                                        MORRISON C. ENGLAND, JR, CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT