HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
SCOTT DONALD GREER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT DONALD GREER,<br><br>Defendant. | Case No. 2:13-CR-0355 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS AND EXCLUDING TIME**<br><br>Date:   May 22, 2014<br>Time:   9:00 a.m.<br>Judge:  Hon. Morrison C. England |

It is hereby stipulated and agreed between defendant, Scott Donald Greer, and plaintiff, United States of America, that the status conference scheduled for May 22, 2014, may be continued to June 26, 2014, at 9:00 a.m.

Defense counsel seeks additional time to review discovery with Mr. Greer, perform research and investigation, and plan a course of action.  Accordingly, in order to afford the parties time to complete discovery and to afford defense counsel adequate time to investigate and prepare, the parties agree that the interests of justice to be served by a continuance outweigh the best interests of Mr. Greer and the public in a speedy trial, and ask the Court to order time under the Speedy Trial Act excluded from

1  the date of this stipulation and order through June 26, 2014, pursuant to 18 U.S.C. §

2  3161(h)(7)(A) and (b)(iv).

3                                        Respectfully submitted,

4                                        HEATHER E. WILLIAMS
                                         Federal Defender
5

6  Dated:  May 20, 2014                  /s/ T. Zindel_____ ____
                                         TIMOTHY ZINDEL
7                                        Assistant Federal Defender
                                         Attorney for SCOTT DONALD GREER
8

9                                        BENJAMIN WAGNER
                                         United States Attorney
10

11  Dated:  May 20, 2014                 /s/ T. Zindel for J. Dolan
                                         JARED DOLAN
12                                       Assistant U.S. Attorney

13

14                                        **ORDER**

15       The status conference is rescheduled for June 26, 2014, at 9:00 a.m. in

16  Courtroom 7.  Time under the Speedy Trial Act is excluded through that date pursuant

17  to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  For the reasons state above, the Court finds

18  that the ends of justice to be served by a continuance outweigh the best interests of the

19  public and the defendant in a speedy trial.

20       IT IS SO ORDERED.

21  Dated:  May 21, 2014

22

23

24  _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE
25  UNITED STATES DISTRICT COURT

26

27

28