HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
SCOTT DONALD GREER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:13-CR-0355 MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS AND** |
| vs. | ) **EXCLUDING TIME** |
|  | ) |
| SCOTT DONALD GREER, | ) |
|  | ) Date:  August 14, 2014 |
| Defendant. | ) Time:  9:00 a.m. |
|  | ) Judge:  Hon. Morrison C. England |

It is hereby stipulated and agreed between defendant, Scott Donald Greer, and plaintiff, United States of America, that the status conference scheduled for August 14, 2014, may be continued to September 25, 2014, at 9:00 a.m.

Defense counsel has requested additional discovery and seeks additional time to review that discovery with Mr. Greer and to perform research and investigation. Accordingly, in order to afford the parties time to complete discovery and to afford defense counsel adequate time to investigate and prepare, the parties agree that the interests of justice to be served by a continuance outweigh the best interests of Mr. Greer and the public in a speedy trial, and ask the Court to order time under the Speedy

Trial Act excluded from the date of this stipulation and order through September 25, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated: August 12, 2014           /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for SCOTT DONALD GREER

                                        BENJAMIN WAGNER
                                        United States Attorney

Dated: August 12, 2014           /s/ T. Zindel for J. Dolan
                                        JARED DOLAN
                                        Assistant U.S. Attorney

## O R D E R

The status conference is rescheduled for September 25, 2014, at 9:00 a.m. Time under the Speedy Trial Act is excluded through that date pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) for the reasons state above, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

     IT IS SO ORDERED.

Dated: August 13, 2014

                                        MORRISON C. ENGLAND, JR, CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT