HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
SCOTT DONALD GREER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:13-CR-0355 MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING STATUS AND EXCLUDING TIME** |
| vs. | ) |
| SCOTT DONALD GREER, | ) |
| Defendant. | ) Date:  September 25, 2014<br>) Time:  9:00 a.m.<br>) Judge:  Hon. Morrison C. England |

It is hereby stipulated and agreed between defendant, Scott Donald Greer, and plaintiff, United States of America, that the status conference scheduled for September 25, 2014, may be continued to October 30, 2014, at 9:00 a.m.

Defense seeks additional time to review discovery with Mr. Greer and to perform research and investigation.  Accordingly, in order to afford the parties time to complete discovery and to afford defense counsel adequate time to investigate and prepare, the parties agree that the interests of justice to be served by a continuance outweigh the best interests of Mr. Greer and the public in a speedy trial, and ask the Court to order

time under the Speedy Trial Act excluded from the date of this stipulation and order through October 30, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Dated: September 22, 2014         /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for SCOTT DONALD GREER


                                    BENJAMIN WAGNER
                                    United States Attorney

Dated: September 22, 2014         /s/ T. Zindel for J. Dolan
                                    JARED DOLAN
                                    Assistant U.S. Attorney

## ORDER

The status conference is RESCHEDULED for October 30, 2014, at 9:00 a.m. Time under the Speedy Trial Act is EXCLUDED through that date pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) for the reasons state above, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    IT IS SO ORDERED.

Dated: September 24, 2014

                                      _____
                                      MORRISON C. ENGLAND, JR, CHIEF JUDGE
                                      UNITED STATES DISTRICT COURT